**The People of the State of Illinois, defendant in error, v. Edwin L. Harvey, plaintiff in error. Gen. No. 24,430.**

Indictment for conspiracy to obtain money from the next of kin of a deceased person. Judgment of conviction. Error to the Criminal Court of Cook county; the Hon. Joseph Sabath, Judge, presiding. Heard in this court at the October term, 1918. Reversed and remanded. Opinion filed January 27, 1919.

Landon & Holt, for plaintiff in error. Maclay Hoyne, Edward E. Wilson and Walter Stanton, for defendant in error.

Mr. Justice Holdom delivered the opinion of the court.

---

**Frances Prachthauser, plaintiff in error, v. Frederick Prachthauser and Frank A. Vogler, defendants in error. Gen. No. 24,446.**

Trover to recover value of automobile. Judgment for defendants. Error to the Municipal Court of Chicago; the Hon. Edmund K. Jarecki, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed January 27, 1919.

William A. Jennings, for plaintiff in error; George E. Kanary, of counsel. Bates, Hicks & Folonie, for defendant in error Frederick Prachthauser. Otto G. Knecht and Ernest Saunders, for defendant in error Frank A. Vogler.

Mr. Justice Holdom delivered the opinion of the court.

---

**Benjamin Moore & Company, appellant, v. R. F. Kinsella, trading as Kinsella Varnish Company, appellee. Gen. No. 24,533.**

Action to recover purchase price of goods sold. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. D. H. Wamsley, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed January 27, 1919.

Edward L. England, for appellant. Ross C. Hall and Oscar H. Olsen, for appellee.

Mr. Justice Holdom delivered the opinion of the court.

---

**John Fritzman, appellee, v. John R. Richardson et al., appellants. Gen. No. 24,559.**

Trespass for unlawful arrest and false imprisonment. Judgment for plaintiff for $2,000. Appeal from the Superior Court of Cook county; the Hon. Martin M. Gridley, Judge, presiding. Heard in this court at the October term, 1918. Reversed with finding of fact. Opinion filed January 27, 1919.

John R. McCabe and Gustav E. Beerly, for appellants; Gustav E. Beerly, of counsel. Darrow, Baily & Sissman, for appellee; J. L. Baily, of counsel.

Mr. Justice Holdom delivered the opinion of the court.